# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JEREMIAH JAMES CAMPBELL,<br><br>Defendant. | NO. CR10-184-MJP<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 21, 2011. The United States was represented by Assistant United States Attorney Andrew Colasurdo, and the defendant by Jay Stansell.

The defendant had been charged and convicted of Bank Robbery (2 counts), in violation of 18 U.S.C. § 2113(a). On or about December 13, 2004, defendant was sentenced by the Honorable Robert C. Jones in the District of Nevada, to a term of 60 months in custody each count, concurrent, to be followed by 3 years of supervised release.

The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in substance abuse and mental health programs, $10,623 restitution and search.

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 1

In a Petition for Warrant or Summons, dated March 2, 2011, U.S. Probation Officer Michael S. Larsen asserted the following violations by defendant of the conditions of his supervised release:

1. Using methamphetamine on or before January 2, 2010, in violation of standard condition number 7.
2. Using methamphetamine regularly from December 15, 2010 unto January 30, 2011, in violation of standard condition 7.
3. Failing to report for drug testing, as directed, on February 10, 2011, March 1, 2011, and March 2, 2011, in violation of the special condition ordering him to participate in drug testing as directed by the probation officer.

The defendant was advised of his rights, acknowledged those rights, and admitted to alleged violation numbers 1, 2 and 3.

I therefore recommend that the Court find the defendant to have violated the terms and conditions of his supervised release as set forth in violation numbers 1, 2 and 3, and that the Court conduct a hearing limited to disposition.  A disposition hearing on these violations has been set before the Honorable Marsha J. Pechman on May 20, 2011 at 3:30 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 22nd day of April, 2011.

*James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge

cc: District Judge:         Honorable Marsha J. Pechman
    AUSA:                   Andrew Colasurdo
    Defendant's attorney:   Jay Stansell
    Probation officer:      Michael S. Larsen

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS OF
SUPERVISED RELEASE - 2